```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
            EASTERN DIVISION
```

United States of America

    v.                                                2:18-cr-155

Micah J. Harris

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 54) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 through 3 of the superseding information, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 31, 2019                  <u>     s\James L. Graham     </u>
                                                      James L. Graham
                                                       United States District Judge